UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   JS - 6

| Case No. | ED CV 14-01026 ABC (AGRx) | Date | July 14, 2014 |
|---|---|---|---|
| Title | Laurie Carranza v. State of California et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   ORDER SUA SPONTE REMANDING CASE
(In Chambers)

On July 7, 2014, Plaintiff filed a Fourth Amended Complaint (docket no. 49) dropping her fifteenth cause of action, the sole basis for federal jurisdiction over this case. Because the Court now lacks subject matter jurisdiction over this case, the Court hereby **REMANDS** it to the state court from which it was removed.

**IT IS SO ORDERED.**

Initials of Preparer   AB